# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of November, two thousand twenty-two.

_____

ABKCO Music, Inc., Colgems-EMI Music Inc., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., DBA EMI Full Keel Music, EMI Consortium Songs, Inc., DBA EMI Longitude Music, EMI Feist Catalog Inc., EMI Robbins Catalog Inc., EMI Unart Catalog, Inc., Jobete Music Co., Inc., Screen-Gems-Emi Music Inc., Stone Agate Music, Stone Diamond Music Corp., Imagem Music LLC, Peer International Corporation, PSO Limted, Peermusic Ltd., Peermusic III, Ltd., Songs of Peer, Ltd., Spirit Catalog Holdings S.A.R.L., Spirit Two Music, Inc., Warner-Tamerlane Publishing Corp., WB Music Corp.,

  Plaintiffs - Counter-Defendants- Appellees-Cross-Appellants,

v.

William Sagan, Norton LLC, Bill Graham Archives, LLC, DBA Wolfgang's Vault, DBA Concert Vault, DBA Music Vault, DBA Daytrotter,

  Defendants - Third-Party Plaintiffs-Counter-Claimants- Appellants-Cross-Appellees.

**ORDER**

Docket Nos: 20-3816 (L)
     20-4020 (Con)
     20-4099 (XAP)

_____

Appellants-Cross-Appellees filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

