# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 1, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  ABKCO Music, Inc., et al.
           v. William Sagan, et al.
           No. 22-1053
           (Your No. 20-3816, 20-4020,-20-4099)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 27, 2023 and placed on the docket May 1, 2023 as No. 22-1053.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Susan Frimpong
                            Case Analyst